IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TINA NAKAGAWA, | * |
| Plaintiff, | * |
| v. | * CV 119-018 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * |
| Defendant. | * |

# O R D E R

Before the Court is the parties' stipulation of dismissal (Doc. 7.), which is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of this action with prejudice. **IT IS THEREFORE ORDERED** that Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA